UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-1790-RBD-LHP

BARBARA BRUMFIELD,

    Plaintiff,

vs.

ECA BULIGO RED WILLOW PARTNERS, LP,
and CARRABBA'S ITALIAN GRILL, LLC,
d/b/a CARRABBA'S ITALIAN GRILL,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO DEFENDANT CARRABBA'S ITALIAN GRILL, LLC, d/b/a CARRABBA'S ITALIAN GRILL

Plaintiff BARBARA BRUMFIELD, by and through her undersigned counsel, hereby file this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendant CARRABBA'S ITALIAN GRILL, LLC, d/b/a CARRABBA'S ITALIAN GRILL. Plaintiff respectfully requests this Honorable Court enter and Order Dismissing this cause with Prejudice.

Respectfully submitted this 7th day of February 2023.

By: /S/Sara Howeller, Esq._____
    Sara Howeller, Esq.
    Florida Bar No.: 847100
    Attorney for Plaintiff
    The Law Offices of Sara Howeller
    1540 International Parkway Ste 114

1

P.O. Box 951987
Lake Mary, Florida 32746
Telephone: 407-977-7822
Facsimile: 844-300-7287
Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Carrabba's Italian Grill, LLC
Kelly Lefferts
2202 North West Shore Blvd, 5th Floor
Tampa, Florida 33607

Carrabba's Italian Grill
5820 Red Bug Lake Road
Winter Springs, Florida 32708

                      By: /S/Sara Howeller, Esq._____
                      Sara Howeller, Esq.
                      Florida Bar Number 847100
                      Attorney for Plaintiff
                      The Law Offices of Sara Howeller
                      1540 International Parkway Ste 114
                      P.O. Box 951987
                      Lake Mary, Florida 32746
                      Telephone: 407-977-7822
                      Facsimile: 844-300-7287
                      Email: DHoweller@gmail.com